ORIGINAL

TANGUILEG_J.pet

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER T. TANGUILEG,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 99-00008<br>　　　　　　　　　　08 94.<br><br>PETITION TO TRANSFER<br>PAYMENTS FROM THE RESTITUTION<br>FUND TO THE PENALTY FUND<br>(DEPOSIT FUND 109900) |

## PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order transferring from the Restitution Fund to the Penalty Fund (fund 109900) in the above entitled action and in support hereof, states as follows:

1.　On or about August 30, 1999, sentence was imposed by this Court against Defendant JENNIFER T. TANGUILEG (hereinafter referred to as "Defendant TANGUILEG"). Among other things, restitution in the amount of $6,723.05 was ordered. See Attachment "A."

//
//
//

2. Defendant TANGUILEG made payments totaling $6,853.05 of which $6,753.05 was deposited in the Restitution Fund. See Attachment "B."

3. A total of $30.00 in penalties was assessed against Defendant TANGUILEG.

5. Plaintiff respectfully requests that the amount of $30.00 paid by Defendant TANGUILEG and deposited in the Restitution Fund be transferred to the penalty fund (Deposit Fund 109900).

DATED this 18th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# United States District Court
## District of Guam

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| vs. | (For Offenses Committed On or After November 1, 1987) |
| TANGUILEG, JENNIFER T. | Case Number: 99-00008 -001 |
| | VERNIER, D. PAUL |
| | Defendant's Attorney |

**FILED**
DISTRICT COURT OF GUAM
SEP 10 1999
MARY L.M. MORAN
CLERK OF COURT

### THE DEFENDANT:

[✓] pleaded guilty to count(s)  1
[ ] plead nolo contendere to count(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1344 & 18 U.S.C. § 2 | BANK FRAUD | 03/04/94 | 1 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____
[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ████0807
Defendant's Date of Birth: ██/██/72
Defendant's USM No.: 01862093
Defendant's Residence Address: ████████
DEDEDO  GU  96912
Defendant's Mailing Address: ████████

08/30/99
Date of Imposition of Judgment

*Alex R. Munson* (signature)
Signature of Judicial Officer

Alex R. Munson
U.S. District Judge
Name and Title of Judicial Officer

September 10, 1999
Date

A

Defendant: **TANGUILEG, JENNIFER T.**
Case Number: **99-00008 -001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Credit for Time Served.**

---

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
**UNITED STATES MARSHAL**

Defendant:     TANGUILEG, JENNIFER T.
Case Number:   99-00008 -001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __60__ months.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
>
> ☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

[✓] The defendant shall not posess a firearm as defined in 18 U.S.C. § 921.

**See Additional Supervised Release Terms Page**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcemenet agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such

Defendant: TANGUILEG, JENNIFER T.
Case Number: 99-00008 -001

# ADDITIONAL SUPERVISED RELEASE TERMS

Defendant shall pay restitution in the amount of $6,723.05 to the victims in this case. Restitution payments shall be made to the District Court of Guam, Attention: Clerk of Court, for disbursement to the following:

Payless Supermarkets, Inc. - $5,337.30
P.O. Box DT
Hagatna, Guam 96932
Attn: Larry Moen, Comptroller

D.S. Corporation dba Bunny Market
P.O. Box 22887
Guam Main Facility 96921
Tel: 632-1225
Attn: Lillian Viyar, Chief Accountant

Defendant shall perform   200 hours of community service.
Defendant shall participate in a drug treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse.
Defendant shall obtain and maintain gainful employment.

Defendant: TANGUILEG, JENNIFER T.
Case Number: 99-00008 -001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set on the Schedule of Payments page of this order, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals | $ 100.00 | $ 0.00 | $ 6,723.05 |

☐ If applicable, restitution amount ordered pursuant to plea agreement.......... $ 0.00

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ 0.00

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Page 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is waived as follows:

# RESTITUTION

☐ The determination of restitution is deferred until / / . an Amended Judgment in a Criminal Case will be entered after such a determination.

☑ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Paylesss Supermarkets, Inc. | $ 5,337.30 | $ 5,337.30 | 100 |
| D.S. Corporation dba Bunny Market | $ 1,385.75 | $ 1,385.75 | 100 |
| Totals: | $ 6,723.05 | $ 6,723.05 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses

Defendant:    TANGUILEG, JENNIFER T.
Case Number:    99-00008 -001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [✓] in full immediately; or

B [ ] immediately, balance due (in accordance with C, D, or E); or

C [ ] not later than  / /  ;

D [ ] in installments to commence         day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E [ ] in         installments of         over a period of         year(s) to commence         day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**IN INSTALLMENTS TO BE DETERMINED BY THE U.S. PROBATION OFFICE.**

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program are

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Case: CR-99-00008  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 08/30/1999 | 0016689 | CASTRO, JENNIFER T.TANGUILEG | CR-99-00008: CR-99-00008 Assessments/Fines | | |
| | | | Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 100.00 S/A |
| 05/08/2000 | 0017655 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 Restitution | | |
| | | | Restitution | $ | 50.05 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 50.05 |
| 06/05/2000 | 0017770 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 Restitution | | |
| | | | Restitution | $ | 50.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 50.00 |
| 08/01/2000 | 0018000 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 Restitution | | |
| | | | Restitution | $ | 50.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 50.00 |
| 09/05/2000 | 0018123 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 Restitution | | |
| | | | Restitution | $ | 50.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 50.00 |
| 10/03/2000 | 0018239 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 Restitution | | |
| | | | Restitution | $ | 30.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 30.00 |

*handwritten:*  
$330.05  
- 100.00 S/A  
$230.05

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

Case: CR-99-00008

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 04/02/2001 | 0018990 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>U.S.A. vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 40.00 |
| | | | Payment Type(s)<br>    Cash | $ | 40.00 |
| 07/02/2001 | 0019365 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 40.00 |
| | | | Payment Type(s)<br>    Cash | $ | 40.00 |
| 02/04/2002 | 0020127 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 50.00 |
| | | | Payment Type(s)<br>    Cash | $ | 50.00 |
| 05/29/2002 | 0020455 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 35.00 |
| | | | Payment Type(s)<br>    Cash | $ | 35.00 |
| 07/22/2002 | 0020662 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 150.00 |
| | | | Payment Type(s)<br>    Cash | $ | 150.00 |

*$315.00* (handwritten)

Case 1:99-cr-00008    Document 29    Filed 09/19/2006    Page 10 of 20

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution  
Case: CR-99-00008

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 08/19/2002 | 0020867 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs Jennnifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 01/10/2003 | 0021687 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 02/11/2003 | 0021875 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 03/20/2003 | 0022069 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 03/25/2003 | 0022087 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |

*$500.00* (handwritten)

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005          Case: CR-99-00008
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 04/09/2003 | 0022166 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 04/23/2003 | 0022223 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 05/09/2003 | 0022327 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 06/24/2003 | 0022592 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 07/09/2003 | 0022682 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>Re: USA vs Jennifer T. Tanguileg<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |

*$500.00* (handwritten)

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

Case: CR-99-00008

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 07/24/2003 | 0022768 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 08/12/2003 | 0022868 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>U.S.A. vs. JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 08/26/2003 | 0022939 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>U.S.A. vs. JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 09/10/2003 | 0023019 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |
| 09/23/2003 | 0023093 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 100.00 |
| | | | Payment Type(s)<br>    Cash | $ 100.00 |

$500 CU

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

Case: CR-99-00008

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 10/08/2003 | 0023182 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs Jennifer T. Tanguileg Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 10/24/2003 | 0023294 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 Re: USA vs Jennifer T. Tanguileg Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 11/05/2003 | 0023365 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 11/25/2003 | 0023467 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 12/22/2003 | 0023604 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | | |
| | | | Restitution | $ | 50.00 |
| | | | Payment Type(s) Cash | $ | 50.00 |

*$450.00* (handwritten)

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

Case: CR-99-00008

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 01/22/2004 | 0023742 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ | 50.00 |
| | | | Payment Type(s)<br>    Cash | $ | 50.00 |
| 02/05/2004 | 0023819 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 02/19/2004 | 0023896 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>RE: USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 03/01/2004 | 0023952 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>    Cash | $ | 100.00 |
| 03/18/2004 | 0024081 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>RE: USA vs JENNIFER TANGUILEG<br>Restitution<br>    Restitution | $ | 150.00 |
| | | | Payment Type(s)<br>    Cash | $ | 150.00 |

*$500.00* (handwritten)

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Case: CR-99-00008  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 04/01/2004 | 0024155 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | |
| | | | Restitution | $ 150.00 |
| | | | Payment Type(s) Cash | $ 150.00 |
| 04/27/2004 | 0024352 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | |
| | | | Restitution | $ 150.00 |
| | | | Payment Type(s) Cash | $ 150.00 |
| 05/11/2004 | 0024459 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 Restitution | |
| | | | Restitution | $ 150.00 |
| | | | Payment Type(s) Cash | $ 150.00 |
| 05/25/2004 | 0024532 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | |
| | | | Restitution | $ 150.00 |
| | | | Payment Type(s) Cash | $ 150.00 |
| 06/08/2004 | 0024618 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | |
| | | | Restitution | $ 150.00 |
| | | | Payment Type(s) Cash | $ 150.00 |

*$150.00* (handwritten)

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Case: CR-99-00008  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 06/22/2004 | 0024685 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution |  |
|  |  |  | Restitution | $ 150.00 |
|  |  |  | Payment Type(s) Cash | $ 150.00 |
| 07/07/2004 | 0024777 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 RE: USA vs JENNIFER T. TANGUILEG Restitution |  |
|  |  |  | Restitution | $ 150.00 |
|  |  |  | Payment Type(s) Cash | $ 150.00 |
| 07/19/2004 | 0024832 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution |  |
|  |  |  | Restitution | $ 150.00 |
|  |  |  | Payment Type(s) Cash | $ 150.00 |
| 08/16/2004 | 0024982 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs. JENNIFER T. TANGUILEG Restitution |  |
|  |  |  | Restitution | $ 150.00 |
|  |  |  | Payment Type(s) Cash | $ 150.00 |
| 08/30/2004 | 0025056 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution |  |
|  |  |  | Restitution | $ 150.00 |
|  |  |  | Payment Type(s) Cash | $ 150.00 |

*$150.00* (handwritten)

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005            Case: CR-99-00008
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 09/17/2004 | 0025159 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>Check Info: 101-511/1214 #24906<br>    Restitution | $ | 150.00 |
| | | | Payment Type(s)<br>    Check | $ | 150.00 |
| 09/27/2004 | 0025206 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>Check Info: 101-511/1214 #74323<br>    Restitution | $ | 150.00 |
| | | | Payment Type(s)<br>    Check | $ | 150.00 |
| 10/08/2004 | 0025278 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>Check Info: 101-511/1214 #74726<br>    Restitution | $ | 150.00 |
| | | | Payment Type(s)<br>    Check | $ | 150.00 |
| 10/25/2004 | 0025333 | INFORMATION & DATA SERVICES | CR-99-00008: CR-99-00008<br>USA VS. JENNIFER T. TANGUILEG<br>Restitution<br>Check Info: 101-511/1214 #75100<br>    Restitution | $ | 150.00 |
| | | | Payment Type(s)<br>    Check | $ | 150.00 |
| 11/16/2004 | 0025449 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ | 300.00 |
| | | | Payment Type(s)<br>    Cash | $ | 300.00 |

*$900.00* (handwritten)

9/14/2006 5:36 pm            Page 10 of 12

Case 1:99-cr-00008     Document 29     Filed 09/19/2006     Page 18 of 20

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Case: CR-99-00008  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 12/02/2004 | 0025535 | TANGUILEG, JENNIFER T. | | | |
| | | | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | | |
| | | | Restitution | $ | 150.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 150.00 |
| 12/16/2004 | 0025608 | TANGUILEG, JENNIFER T. | | | |
| | | | CR-99-00008: CR-99-00008 USA VS. JENNIFER T. TANGUILEG Restitution | | |
| | | | Restitution | $ | 150.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 150.00 |
| 01/03/2005 | 0025681 | TANGUILEG, JENNIFER T. | | | |
| | | | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | | |
| | | | Restitution | $ | 150.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 150.00 |
| 01/18/2005 | 0025761 | TANGUILEG, JENNIFER T. | | | |
| | | | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | | |
| | | | Restitution | $ | 150.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 150.00 |
| 02/02/2005 | 0025844 | TANGUILEG, JENNIFER T. | | | |
| | | | CR-99-00008: CR-99-00008 USA vs JENNIFER T. TANGUILEG Restitution | | |
| | | | Restitution | $ | 150.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 150.00 |

*[handwritten: $150 w]*

# District Court of Guam
# Fees Report

Date Range: 01/01/1999 - 12/31/2005  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

Case: CR-99-00008

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 02/16/2005 | 0025933 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 150.00 |
| | | | Payment Type(s)<br>    Cash | $ 150.00 |
| 03/04/2005 | 0026018 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 150.00 |
| | | | Payment Type(s)<br>    Cash | $ 150.00 |
| 03/16/2005 | 0026072 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 150.00 |
| | | | Payment Type(s)<br>    Cash | $ 150.00 |
| 04/01/2005 | 0026155 | TANGUILEG, JENNIFER T. | CR-99-00008: CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>    Restitution | $ 158.00 |
| | | | Payment Type(s)<br>    Cash | $ 158.00 |

*#608 w* (handwritten)

9/14/2006 5:36 pm

Page 12 of 12