TANGUILEG_J.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JENNIFER T. TANGUILEG, )<br>)<br>Defendant. )<br>_____) | CRIMINAL CASE NO. 99-00008<br><br>**O R D E R**<br><br>Re: United States Petition to Transfer Payments from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) |

Based upon the Plaintiff's Petition to Transfer Payments from the Restitution Fund to the Penalty Fund (Deposit Fund 109900), the Court hereby orders the amount of $30.00 shall be transferred from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) and applied as payment of the penalty imposed in this case against defendant.

**IT IS SO ORDERED**, this 20th day of September, 2006.

Morrison C. England, Jr.
Designated Judge
District Court of Guam

ORIGINAL